DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ZEPHYRUS AVIATION CAPITAL, LLC, ZEPHYRUS AVIATION CAPITAL LIMITED,** and **ZEPHYRUS CAPITAL AVIATION PARTNERS 1D LIMITED,**
Appellants,

v.

**BERKSHIRE HATHAWAY INTERNATIONAL INSURANCE LIMITED, CONVEX INSURANCE UK LTD., GREAT LAKES INSURANCE SE, HDI GLOBAL SPECIALTY SE, HOUSTON CASUALTY COMPANY (UK), MAPFRE ESPANA COMPANIA DE SEGUROS Y REASEGUROS S.A., FARADAY CAPITAL LIMITED, THE SOLE UNDERWRITING MEMBER OF LLOYD'S SYNDICATE 435 (FDY) FOR THE 2022 YEAR OF ACCOUNT**, **TOKIO MARINE KILN SYNDICATES LIMITED, MITSUI SUMITOMO INSURANCE CO. (EUROPE) LIMITED, STARR SURPLUS LINES INSURANCE COMPANY, QBE INSURANCE CORPORATION,** and **CHUBB EUROPEAN GROUP SE,**
Appellees.

No. 4D2023-1815

[June 6, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack Ben Tuter, Jr., Judge; L.T. Case No. CACE23-002230.

Clay M. Carlton and Justin Stern of Morgan, Lewis & Bockius LLP, Miami, and Charles Malaret of Morgan, Lewis & Bockius LLP, Los Angeles, California, for appellants.

J. Trumon Phillips of DLA Piper LLP, Tampa, and Aidan McCormack of DLA Piper LLP, New York, New York, for appellees Berkshire Hathaway International Insurance Ltd., Convex Insurance UK Ltd., Great Lakes Insurance SE, HDI Global Specialty SE, Houston Casualty Company (UK), Mapfre Espana Compania de Seguros y Reaseguros S.A., Faraday Capital Limited, the Sole Underwriting Member of Lloyd's Syndicate 435 (FDY) for the 2022 Year of Account, Tokio Marine Kiln Syndicates Limited, Mitsui Sumitomo Insurance Co. (Europe) Limited, Starr Surplus Lines Insurance Company, and QBE Insurance Corporation.

Steven J. Brodie and Aaron S. Weiss of Carlton Fields, P.A., Miami, and Heidi Hudson Raschke and Madison E. Wahler of Carlton Fields, P.A., Tampa, for appellee Chubb European Group SE.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***